No. 328. MEIER & POHLMANN FURNITURE Co. *v.* GIBBONS ET AL. C. A. 8th Cir. Certiorari denied. *Walter R. Mayne* for petitioner. *Harry Craig* for Gibbons et al., *Gregory M. Rebman* for Anderson Motor Service, Inc., et al., and *William R. Gentry* for Railway Express Agency, Inc., respondents.

No. 329. DISTRICT COURT OF CREEK COUNTY ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY Co. Supreme Court of Oklahoma. Certiorari denied. *William H. De Parcq* and *Pat Malloy* for petitioners. *R. M. Rainey* for respondent.

No. 330. CHURCH ET AL. *v.* INGERSOLL ET UX. C. A. 10th Cir. Certiorari denied. *Gerald B. Klein* for petitioners. *Truman B. Rucker* for respondents.

No. 333. SALES AFFILIATES, INC., *v.* HELENE CURTIS INDUSTRIES, INC., ET AL. C. A. 2d Cir. Certiorari denied. *George B. Finnegan, Jr.* and *William D. Denson* for petitioner. *Theodore S. Kenyon* for Helene Curtis Industries, Inc., et al., *Henry R. Ashton* for the Gillette Company, and *Clarence Fried* for Skillern & Sons, Inc., et al., respondents.

No. 335. WHETSTONE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 338. BARRIENTES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John Peace* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.